**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MORGAN BRYANT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:25-cv-4865** |
| | § | |
| **CENTENE CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Morgan Bryant and Defendant Centene Corporation (the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice and request the Court enter an Order dismissing this action with prejudice. The Parties have reached an agreement resolving all claims in controversy and have agreed that each party will bear her or its own attorneys' fees and costs.

Dated: September 11, 2026

Respectfully submitted,

*/s/ John L. Pittman III *signed with permission*

John L. Pittman III, Esq., LLM[2]
Texas State Bar No. 24127922
New York State Bar No. 5880646
California State Bar No. PL482988
District of Columbia Bar No. 1742578
jlpittmaniii@jp3law.com
John L. Pittman III | Attorney At Law, APC
925 B Street, Suite 604
San Diego, CA 92101
Telephone: 760.575.4040
Facsimile: 877.575.5264

**ATTORNEY FOR PLAINTIFF MORGAN BRYANT**

*/s/ Danielle K. Herring*

Danielle K. Herring
Texas Bar No. 24041281
Federal ID No. 36896
dherring@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

**ATTORNEYS FOR DEFENDANT CENTENE CORPORATION**

*Of Counsel:*

Alexis Boyd
Texas Bar No. 24128824
Federal ID No. 3937293
alboyd@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, a copy of the foregoing document was electronically filed with the Court, and served on the following by CM/ECF:

John L. Pittman III, Esq., LLM[2]
John L. Pittman III | Attorney At Law, APC
925 B Street, Suite 604
San Diego, CA 92101

**ATTORNEY FOR PLAINTIFF**

*/s/ Danielle K. Herring*
Danielle K. Herring